■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISHI MOISE, Appellant. [748 NYS2d 169] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Knipel, J.), rendered December 11, 1998, convicting him of criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly denied the defendant's motion to sever his trial from the codefendant's. The defendant failed

to demonstrate that the core of each defense was in irreconcilable conflict with the other. The defendant claimed that he acted in self defense in drawing a knife on the victim in connection with the assault and weapons charges against him, and the codefendant asserted, in defense of the murder charges against him, that a third party shot the victim (see People v Mahboubian, 74 NY2d 174, 183-184; People v Johnson, 296 AD2d 422). Moreover, the defendant was not prejudiced by the joint trial (see People v Echevarria, 282 AD2d 470). Prudenti, P.J., Florio, Schmidt and Mastro, JJ., concur.